# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-19-00078-CV
_____

### IN RE JASON L. WHITNEY, USSC HOLDING LLC, RC&B WHOLESALE LLC, PREMIUM NUMISMATICS LP, AND OXFORD RARITIES LP

_____

### Original Proceeding
### 279th District Court of Jefferson County, Texas
### Trial Cause No. F-227,594
_____

### MEMORANDUM OPINION

Relators Jason L. Whitney, USSC Holding LLC, RC&B Wholesale LLC, Premium Numismatics LP, and Oxford Rarities LP filed a petition for writ of mandamus challenging two orders that relate to discovery in a family law case, trial cause number F-227,594, styled *In the Matter of the Marriage of Jessica Garth Whitney and Jason L. Whitney and in the Interest of T.E.W. and T.L.W.* In their petition, Relators seek a writ compelling the judge of the 279th District Court to vacate his discovery order of February 28, 2018, and a related order dated February

1

14, 2019. The discovery order required Relators to permit Jessica's representatives to inspect the books and records of several corporations and partnerships that were not parties in cause number F-227,594. Relators also ask this Court to instruct the trial court to withdraw its two orders and to replace them with an order denying Jessica's motion to enforce.

After the Relators filed their petition, Jessica filed a motion to dismiss the mandamus proceeding as moot. She asserts the trial court withdrew the orders that are the subjects of Relators' complaints. Counsel for Relators has not objected to the request to dismiss their petition.

We grant the motion to dismiss, lift our order dated March 13, 2019, which stayed the proceedings in the trial court, and dismiss the Relators' petition as moot.

PETITION DISMISSED.

PER CURIAM

Submitted on April 10, 2019
Opinion Delivered April 11, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.